UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
__Richmond__ Division

In re   Barry M. Dodson

Debtor(s)

Case No.  15-31217

Chapter  7

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___ Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*

Check if applicable: ___ Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on_____.*]**

X   Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
___ Schedule A - Real Property
___ Schedule B - Personal Property
___ Schedule C - Property Claimed as Exempt
X   Schedule D, E, or F, and/or List of Creditors or Equity Holders – REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. ( *$30.00 fee required* if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)   Check applicable statement(s):

___ Creditor(s) added      ___ Creditor(s) deleted
X   Change in amounts owed or classification of debt
___ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
___ Post-petition creditors added (Schedule of Unpaid Debts)

REMINDER: **Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.

___ Schedule G - Executory Contracts and Unexpired Leases
___ Schedule H – Codebtors
___ Schedule I - Current Income of Individual Debtor(s)
___ Schedule J - Current Expenditures of Individual Debtor(s)

[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.
*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]

___ Statement of Financial Affairs
___ Chapter 7 Individual Debtor's Statement of Intention
___ Chapter 11 List of Equity Security Holders
___ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
___ Disclosure of Compensation of Attorney for Debtor
___ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: Roy Terry, Esq., West Virginia National_____

Date: 5/5/2015

/s/ Ronald A. Page, Jr.
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:  71343
Mailing Address: P.O. Box 73524
Richmond, VA 23235
Telephone No.:   (804) 562-8704

[amendcs ver. 10/13]

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
# Eastern District of Virginia

IN RE: Dodson, Barry M.
Debtor(s)

Case No. **15-31217**

Chapter **7**

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 269,800.00 | | |
| B - Personal Property | Yes | 3 | $ 9,955.31 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 269,458.40 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 25,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 1,927,788.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 2,384.26 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 3,795.65 |
| TOTAL | | 25 | $ 279,755.31 | $ 2,222,246.40 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Eastern District of Virginia**

IN RE:     Case No. **15-31217**
Dodson, Barry M.     Chapter **7**
                     Debtor(s)

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6F (Official Form 6F) (12/07)

IN RE Dodson, Barry M.
Debtor(s)

Case No. **15-31217**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>5 Start Insurance/Verliance<br>43525 Ridge Park Dr. Suite 300<br>Temecula, CA 92590 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>AIM/ Vertafore, Inc.<br>11724 NE 195th<br>Bothell, WA 98011 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Altus Global Trade Solutions<br>400 Veterans Memorial Blvd. Suite 300<br>Kenner, LA 70062 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO. 3591<br>Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | | | REVOLVING ACCOUNT OPENED 12/2007 | | | | 14,277.00 |

_7_ continuation sheets attached

Subtotal (Total of this page) $ 14,280.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dodson, Barry M. _____ Case No. __15-31217__
         Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5545<br>BB&T<br>PO Box 1847<br>Wilson, NC  27894 | | | REVOLVING ACCOUNT OPENED 8/2008 | | | | 928.00 |
| ACCOUNT NO. 1722<br>BB&T<br>PO Box 1847<br>Wilson, NC  27894 | | | REVOLVING ACCOUNT OPENED 9/2008 | | | | 12,438.00 |
| ACCOUNT NO. 8840<br>BB&T<br>PO Box 1489<br>Lumberton, NC  28359 | | X | Personal Guaranty of Pay-Less Insurance Agency, LLC | | | | 16,147.00 |
| ACCOUNT NO.<br>BB&T<br>C/O Ballard Spahr<br>4800 Montgomerty Ln. 7th Fl.<br>Bethesda, MD  20814 | | X | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 50,000.00 |
| ACCOUNT NO. 2960<br>BB&T<br>PO Box 698<br>Wilson, NC  27894 | | X | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 51,059.00 |
| ACCOUNT NO.<br>Burlington Ins. Co<br>238 International Dr<br>Burlington, NC  27125 | | X | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Capital Insurance Group, Inc.<br>7317 Three Chopt Rd.<br>Richmond, VA  23226 | | | Closed business, unknown if personal liability exists | | | | 1.00 |

Sheet no. __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 130,574.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dodson, Barry M. _____  Case No. **15-31217**
Debtor(s)  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1869** <br> Capital One <br> PO Box 85520 <br> Richmond, VA 23285 | | | REVOLVING ACCOUNT OPENED 4/1997 | | | | 1,994.00 |
| ACCOUNT NO. **0659** <br> Capital One <br> PO Box 85520 <br> Richmond, VA 23285 | | | REVOLVING ACCOUNT OPENED 11/2001 | | | | 1,693.00 |
| ACCOUNT NO. **8486** <br> Capital One <br> PO Box 85520 <br> Richmond, VA 23285 | | | REVOLVING ACCOUNT OPENED 5/2000 | | | | 1,431.00 |
| ACCOUNT NO. **9876** <br> Cash Call Inc. <br> 1 City Blvd West <br> Orange, CA 92868 | | | INSTALLMENT ACCOUNT OPENED 11/2013 | | | | 34,998.00 |
| ACCOUNT NO. <br> CFG Agency Funding <br> PO Box 1544 <br> Waitsfield, VT 05673 | X | | Personal Guaranty of Pay-Less Insurance Agency, LLC | | | | 150,000.00 |
| ACCOUNT NO. <br> CFG/LTC Global <br> 6201 Presidential Court <br> Fort Myers, FL 33919 | X | | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 300,000.00 |
| ACCOUNT NO. <br> Malmgren & Associates <br> 221 Dorset Ave. <br> Virginia Beach, VA 23462 | | | Assignee or other notification for: CFG/LTC Global | | | | |

Sheet no. __2__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **490,116.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dodson, Barry M. _____  Case No. **15-31217**
                            Debtor(s)                                           (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Columbia Underwriting Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | | | Closed business, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Davidson-Babcock / VGM<br>16011 College Blvd. Suite 203<br>Lenexa, KS 66219 | | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Davidson-Babcock Inc.<br>16011 College Blvd., Ste. 203<br>Lenexa, KS 66219 | | | Sold business, unknown if personal liability exists | | | | 1.00 |
| ACCOUNT NO.<br>Direct General Insurance<br>1281 Murfreesboro Pike<br>Nashville, TN 37217 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>First Insurance Funding<br>450 Skokie Blvd Suite 1000<br>Northbrook, IL 66062 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Great American Insurance Co.<br>49 E. Fourth St<br>Cincinnati, OH 45202 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Guard Insurance Co<br>16 South River St.<br>Wilkes-Barre, PA 18703 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |

Sheet no. __3__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **7.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dodson, Barry M.     Case No. **15-31217**
       Debtor(s)                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Imperial PFS<br>1001 Winstead Dr. Suite 500<br>Cary, NC 27513 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Financial Network Recovery, Inc.<br>PO Box 940730<br>Simi Valley, CA 93094 | | | Assignee or other notification for:<br>Imperial PFS | | | | |
| ACCOUNT NO.<br>Insurance Agency Services LLC<br>12580 W. Creek Parkway 2nd Floor<br>Richmond, VA 23238 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Moorman Law<br>1700 Bayberry Ct., Suite 103-A<br>Richmond, VA 23226 | X | | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 20,000.00 |
| ACCOUNT NO.<br>NGM Insurance<br>C/O Friedman & Feiger<br>5301 Spring Valley Rd., Suite 200<br>Dallas, TX 75254 | X | | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 1,200,000.00 |
| ACCOUNT NO.<br>NGM Insurance<br>5101 Cox Rd # 100<br>Glen Allen, VA 23060 | | | Assignee or other notification for:<br>NGM Insurance | | | | |
| ACCOUNT NO.<br>Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | | | Sold business, unknown if personal guaranty exists | | | | 1.00 |

Sheet no. __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,220,003.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dodson, Barry M. _____ Case No. **15-31217**
                                                    Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Penn-America Ins. Co<br>3 Bala Plaza Suite 300E<br>Bala Cynwyd, PA 19004 | | X | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Prime Insurance Co.<br>8722 South 300 West<br>Sandy, UT 84070 | | X | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Prime Rate<br>2141 Enterprise Dr.<br>Florence, SC 29502 | | X | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO. 4101<br>Quickbridge Lending<br>333 City Blvd Suite 1910<br>Orange, CA 92868 | | X | Personal Guaranty of Debt of Columbia Underwriting Agency, LLC | | | | 35,000.00 |
| ACCOUNT NO.<br>R-T Insurance Agency<br>20 Church St. Suite 1500<br>Hartford, CT 06103 | | X | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Richard James & Associates<br>4317 NE Thurston Way Suite 270<br>Vancouver, WA 98662 | | X | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Richmond Real Estate Group, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | | X | Transferred business, unknown if personal liability exists | | | | 1.00 |

Sheet no. ___5___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                       (Total of this page) $ **35,006.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dodson, Barry M. _____ Case No. **15-31217**
                        Debtor(s)                               (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Scottsdale Insurance Co.<br>8877 N. Gainey Center Dr.<br>Scottsdale, AZ  85258 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Specialty Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA  23226 | | | Closed business, unknown if personal liability exists | | | | 1.00 |
| ACCOUNT NO.<br>Springtree Group, LLC<br>2340 East Trinity Mills Road, Ste. 300<br>Carrollton, TX  75006 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>StarNet/ Berkley Insurance Co<br>1250 E. Diehl Rd. Suite 200<br>Naperville, IL  60563 | X | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Walters Kluwer Financial<br>100 South 5th St.  Suite 700<br>Minneapolis, MN  55402 | | | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO. 8880<br>Wells Fargo<br>PO Box 29482<br>Phoenix, AZ  85072 | X | | Personal Guaranty of Capital Insurance Group, Inc. | | | | 26,627.00 |
| ACCOUNT NO. 2447<br>Wells Fargo Bank<br>Credit Bureau Disp<br>Des Moines, IA  50306 | | H | REVOLVING ACCOUNT OPENED 1/2007 | | | | 11,168.00 |

Sheet no. **6** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **37,800.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Dodson, Barry M. _____  Case No. **15-31217**
                          Debtor(s)                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>West Virginia National<br>C/O Kalbaugh Pfund<br>901 Moorefield Park Dr., Suite 200<br>Richmond, VA 23236 | | X | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO.<br>Young America Insurance Company<br>C/O Thompson Coe, Rodney Bucker, Esq.<br>700 N. Pearl St., 25th Fl.<br>Dallas, TX 75201 | | X | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __7__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **1,927,788.00**

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Dodson, Barry M. _____   Case No. **15-31217** _____
                    Debtor(s)                                    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  10  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 5, 2015** _____   Signature: **/s/ Barry M. Dodson** _____
                                                    Barry M. Dodson                                  Debtor

Date: _____   Signature: _____
                                    (Joint Debtor, if any)
                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.