UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
__Richmond__ Division

In re   Barry M. Dodson

Debtor(s)

Case No.   15-31217

Chapter   7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___  Involuntary/Voluntary Petition [Specify reason for amendment: _____]
___  Check if applicable: ___ Soc. Sec. No. amended. [If applicable: An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on _____.*]
_X_  Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
___  Schedule A - Real Property
___  Schedule B - Personal Property
___  Schedule C - Property Claimed as Exempt
_X_  **Schedule D, E, or F, and/or List of Creditors or Equity Holders** – REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. ( *$30.00 fee required* if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)   Check applicable statement(s):
  _X_  Creditor(s) added      ___ Creditor(s) deleted
  ___  Change in amounts owed or classification of debt
  ___  No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  ___  Post-petition creditors added (Schedule of Unpaid Debts)
  **REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
___  Schedule G - Executory Contracts and Unexpired Leases
_X_  Schedule H – Codebtors
___  Schedule I - Current Income of Individual Debtor(s)
___  Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]

___  Statement of Financial Affairs
___  Chapter 7 Individual Debtor's Statement of Intention
___  Chapter 11 List of Equity Security Holders
___  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
___  Disclosure of Compensation of Attorney for Debtor
___  Other: _____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: Roy Terry, Esq.

Date: 10/1/2015

/s/ Ronald A. Page, Jr.
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:   71343
Mailing Address:  P.O. Box 73524
Richmond, VA 23235
Telephone No.:   (804) 562-8704

[amendcs ver. 10/13]

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Barry M. Dodson**
Debtor

Case No. __15-31217__

Chapter __7__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 269,800.00 | | |
| B - Personal Property | Yes | 4 | 9,955.31 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 269,458.40 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 25,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 1,927,797.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 2,384.26 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,795.65 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 279,755.31 | | |
| Total Liabilities | | | | 2,222,255.40 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Barry M. Dodson**, Debtor

Case No. **15-31217**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6F (Official Form 6F) (12/07)

In re  **Barry M. Dodson**                                                                                      Case No.   **15-31217**
                                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>5 Start Insurance/Verliance<br>43525 Ridge Park Dr. Suite 300<br>Temecula, CA 92590 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>AIM/ Vertafore, Inc.<br>11724 NE 195th<br>Bothell, WA 98011 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Altus Global Trade Solutions<br>400 Veterans Memorial Blvd. Suite 300<br>Kenner, LA 70062 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No. 000107613553591<br><br>Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | | - | REVOLVING ACCOUNT OPENED 12/2007 | | | | 14,277.00 |
| **_10_** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 14,280.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Barry M. Dodson** , Case No. **15-31217**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6470000235545<br><br>BB&T<br>PO Box 1847<br>Wilson, NC 27894 | | - | REVOLVING ACCOUNT OPENED 8/2008 | | | | 928.00 |
| Account No. 4616-0811-0259-1722<br><br>BB&T<br>PO Box 1847<br>Wilson, NC 27894 | | - | REVOLVING ACCOUNT OPENED 9/2008 | | | | 12,438.00 |
| Account No. 4046011191178840<br><br>BB&T<br>PO Box 1489<br>Lumberton, NC 28359 | X | - | Personal Guaranty of Pay-Less Insurance Agency, LLC | | | | 16,147.00 |
| Account No.<br><br>BB&T<br>C/O Ballard Spahr<br>4800 Montgomerty Ln. 7th Fl.<br>Bethesda, MD 20814 | X | - | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 50,000.00 |
| Account No. 4046-0111-9041-2960<br><br>BB&T<br>PO Box 698<br>Wilson, NC 27894 | X | - | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 51,059.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **130,572.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Barry M. Dodson** Case No. **15-31217**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Burlington Ins. Co<br>238 International Dr<br>Burlington, NC 27125 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br>Capital Insurance Group, Inc.<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | | - | Closed business, unknown if personal liability exists | | | | 1.00 |
| Account No. 4121-7414-1064-1869<br>Capital One<br>PO Box 85520<br>Richmond, VA 23285 | | - | REVOLVING ACCOUNT OPENED 4/1997 | | | | 1,994.00 |
| Account No. 4791-2470-9460-0659<br>Capital One<br>PO Box 85520<br>Richmond, VA 23285 | | - | REVOLVING ACCOUNT OPENED 11/2001 | | | | 1,693.00 |
| Account No. 4115-0717-2927-8486<br>Capital One<br>PO Box 85520<br>Richmond, VA 23285 | | - | REVOLVING ACCOUNT OPENED 5/2000 | | | | 1,431.00 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,120.00**

In re  Barry M. Dodson                                 Case No. __15-31217__
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 27769876<br><br>Cash Call Inc.<br>1 City Blvd West<br>Orange, CA 92868 | | - | INSTALLMENT ACCOUNT OPENED 11/2013 | | | | 34,998.00 |
| Account No.<br><br>CFG Agency Funding<br>PO Box 1544<br>Waitsfield, VT 05673 | X | - | Personal Guaranty of Pay-Less Insurance Agency, LLC | | | | 150,000.00 |
| Account No.<br><br>CFG/LTC Global<br>6201 Presidential Court<br>Fort Myers, FL 33919 | X | - | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 300,000.00 |
| Account No.<br><br>Columbia Underwriting Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | | - | Closed business, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Comcast<br>5401 Staples Mill Road<br>Richmond, VA 23228 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  485,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Barry M. Dodson** Case No. **15-31217**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Davidson-Babcock / VGM<br>16011 College Blvd. Suite 203<br>Lenexa, KS 66219 | | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br>Davidson-Babcock Inc.<br>16011 College Blvd., Ste. 203<br>Lenexa, KS 66219 | | - | Sold business, unknown if personal liability exists | | | | 1.00 |
| Account No.<br>Direct General Insurance<br>1281 Murfreesboro Pike<br>Nashville, TN 37217 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br>First Insurance Funding<br>450 Skokie Blvd Suite 1000<br>Northbrook, IL 66062 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br>Ford Agency, Inc.<br>111 W. Poythress St.<br>Hopewell, VA 23860 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |

Sheet no. **4** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Barry M. Dodson** , Debtor

Case No. **15-31217**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Great American Insurance Co.<br>49 E. Fourth St<br>Cincinnati, OH 45202 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Guard Insurance Co<br>16 South River St.<br>Wilkes-Barre, PA 18703 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Imperial PFS<br>1001 Winstead Dr. Suite 500<br>Cary, NC 27513 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Insurance Agency Services LLC<br>12580 W. Creek Parkway 2nd Floor<br>Richmond, VA 23238 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Louisiana Dept. of Revenue<br>PO Box 4549<br>Baton Rouge, LA 70821 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Barry M. Dodson**
Debtor

Case No. **15-31217**

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Moorman Law<br>1700 Bayberry Ct., Suite 103-A<br>Richmond, VA 23226 | X | - | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 20,000.00 |
| Account No.<br>NGM Insurance<br>C/O Friedman & Feiger<br>5301 Spring Valley Rd., Suite 200<br>Dallas, TX 75254 | X | - | Personal Guaranty of Specialty Insurance Agency, LLC | | | | 1,200,000.00 |
| Account No.<br>Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | | - | Sold business, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br>Penn-America Ins. Co<br>3 Bala Plaza Suite 300E<br>Bala Cynwyd, PA 19004 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br>Prime Insurance Co.<br>8722 South 300 West<br>Sandy, UT 84070 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,220,003.00**

In re  **Barry M. Dodson**  
Debtor

Case No. **15-31217**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Prime Rate<br>2141 Enterprise Dr.<br>Florence, SC 29502 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No. 20-44101<br><br>Quickbridge Lending<br>333 City Blvd Suite 1910<br>Orange, CA 92868 | X | - | Personal Guaranty of Debt of Columbia Underwriting Agency, LLC | | | | 35,000.00 |
| Account No.<br><br>R-T Insurance Agency<br>20 Church St. Suite 1500<br>Hartford, CT 06103 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Richard James & Associates<br>4317 NE Thurston Way Suite 270<br>Vancouver, WA 98662 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Richmond Real Estate Group, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | | - | Transferred business, unknown if personal liability exists | | | | 1.00 |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **35,004.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Barry M. Dodson**                                                      Case No. __**15-31217**__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Scottsdale Insurance Co.<br>8877 N. Gainey Center Dr.<br>Scottsdale, AZ 85258 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Softech International<br>PO Box 164922<br>Miami, FL 33116 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Specialty Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | | - | Closed business, unknown if personal liability exists | | | | 1.00 |
| Account No.<br><br>Springtree Group, LLC<br>2340 East Trinity Mills Road, Ste. 300<br>Carrollton, TX 75006 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>StarNet/ Berkley Insurance Co<br>1250 E. Diehl Rd. Suite 200<br>Naperville, IL 60563 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)           5.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Barry M. Dodson** , Debtor

Case No. **15-31217**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Underground Vaults<br>PO Box 1723<br>Hutchinson, KS 67504 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Virginia Dept. of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Virginia Employment Commission<br>PO Box 1358<br>Richmond, VA 23218 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br><br>Walters Kluwer Financial<br>100 South 5th St. Suite 700<br>Minneapolis, MN 55402 | | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No. 5474648804628880<br><br>Wells Fargo<br>PO Box 29482<br>Phoenix, AZ 85072 | X | - | Personal Guaranty of Capital Insurance Group, Inc. | | | | 26,627.00 |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  26,631.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Barry M. Dodson** , Debtor     Case No. **15-31217**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4072210290302447<br>Wells Fargo Bank<br>Credit Bureau Disp<br>Des Moines, IA 50306 | | H | REVOLVING ACCOUNT OPENED 1/2007 | | | | 11,168.00 |
| Account No.<br>West Virginia National<br>C/O Kalbaugh Pfund<br>901 Moorefield Park Dr., Suite 200<br>Richmond, VA 23236 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br>Windsor Mount Joy Ins. Co.<br>21 W. Main St.<br>Ephrata, PA 17522 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br>Young America Insurance Company<br>C/O Thompson Coe, Rodney Bucker, Esq.<br>700 N. Pearl St., 25th Fl.<br>Dallas, TX 75201 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |
| Account No.<br>Zurich North America<br>PO Box 935<br>Portsmouth, NH 03802 | X | - | Business liability, unknown if personal guaranty exists | | | | 1.00 |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **11,172.00**

Total (Report on Summary of Schedules)    **1,927,797.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Barry M. Dodson**                                           Case No.  __15-31217__
                                          Debtor

## SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Quickbridge Lending<br>333 City Blvd Suite 1910<br>Orange, CA 92868 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Wells Fargo<br>PO Box 29482<br>Phoenix, AZ 85072 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Scottsdale Insurance Co.<br>8877 N. Gainey Center Dr.<br>Scottsdale, AZ 85258 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Imperial PFS<br>1001 Winstead Dr. Suite 500<br>Cary, NC 27513 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | First Insurance Funding<br>450 Skokie Blvd Suite 1000<br>Northbrook, IL 66062 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Prime Rate<br>2141 Enterprise Dr.<br>Florence, SC 29502 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Great American Insurance Co.<br>49 E. Fourth St<br>Cincinnati, OH 45202 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Prime Insurance Co.<br>8722 South 300 West<br>Sandy, UT 84070 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | StarNet/ Berkley Insurance Co<br>1250 E. Diehl Rd. Suite 200<br>Naperville, IL 60563 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Guard Insurance Co<br>16 South River St.<br>Wilkes-Barre, PA 18703 |
| **Capital Insurance Group, Inc.**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | 5 Start Insurance/Verliance<br>43525 Ridge Park Dr. Suite 300<br>Temecula, CA 92590 |

__3__ continuation sheets attached to Schedule of Codebtors

In re  **Barry M. Dodson**  
_____  
Debtor

Case No. __15-31217__

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Capital Insurance Group, Inc.<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | R-T Insurance Agency<br>20 Church St. Suite 1500<br>Hartford, CT 06103 |
| Capital Insurance Group, Inc.<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Insurance Agency Services LLC<br>12580 W. Creek Parkway 2nd Floor<br>Richmond, VA 23238 |
| Capital Insurance Group, Inc.<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Springtree Group, LLC<br>2340 East Trinity Mills Road, Ste. 300<br>Carrollton, TX 75006 |
| Capital Insurance Group, Inc.<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Altus Global Trade Solutions<br>400 Veterans Memorial Blvd. Suite 300<br>Kenner, LA 70062 |
| Capital Insurance Group, Inc.<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | AIM/ Vertafore, Inc.<br>11724 NE 195th<br>Bothell, WA 98011 |
| Capital Insurance Group, Inc.<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Penn-America Ins. Co<br>3 Bala Plaza Suite 300E<br>Bala Cynwyd, PA 19004 |
| Capital Insurance Group, Inc.<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Burlington Ins. Co<br>238 International Dr<br>Burlington, NC 27125 |
| Columbia Underwriting Agency<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Ford Agency, Inc.<br>111 W. Poythress St.<br>Hopewell, VA 23860 |
| Columbia Underwriting Agency<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Windsor Mount Joy Ins. Co.<br>21 W. Main St.<br>Ephrata, PA 17522 |
| Columbia Underwriting Agency<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Virginia Employment Commission<br>PO Box 1358<br>Richmond, VA 23218 |
| Columbia Underwriting Agency<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Virginia Dept. of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218 |
| Columbia Underwriting Agency<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Louisiana Dept. of Revenue<br>PO Box 4549<br>Baton Rouge, LA 70821 |
| Columbia Underwriting Agency<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Underground Vaults<br>PO Box 1723<br>Hutchinson, KS 67504 |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Barry M. Dodson** / Debtor  Case No. **15-31217**

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Columbia Underwriting Agency<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Comcast<br>5401 Staples Mill Road<br>Richmond, VA 23228 |
| Diana Dodson<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | BB&T<br>PO Box 1847<br>Wilson, NC 27894 |
| Diana Dodson<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | World Business Lenders, LLC<br>C/O Parker Pollard<br>6802 Paragon Pl., Suite 300<br>Richmond, VA 23230 |
| Diana Dodson<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | CitiMortgage Inc.<br>PO Box 9438<br>Gaithersburg, MD 20898 |
| Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | BB&T<br>PO Box 1489<br>Lumberton, NC 28359 |
| Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | BB&T<br>C/O Ballard Spahr<br>4800 Montgomerty Ln. 7th Fl.<br>Bethesda, MD 20814 |
| Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | BB&T<br>PO Box 698<br>Wilson, NC 27894 |
| Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | NGM Insurance<br>C/O Friedman & Feiger<br>5301 Spring Valley Rd., Suite 200<br>Dallas, TX 75254 |
| Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | CFG/LTC Global<br>6201 Presidential Court<br>Fort Myers, FL 33919 |
| Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | CFG Agency Funding<br>PO Box 1544<br>Waitsfield, VT 05673 |
| Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Moorman Law<br>1700 Bayberry Ct., Suite 103-A<br>Richmond, VA 23226 |
| Pay-Less Insurance Agency, LLC<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | West Virginia National<br>C/O Kalbaugh Pfund<br>901 Moorefield Park Dr., Suite 200<br>Richmond, VA 23236 |

Sheet **2** of **3** continuation sheets attached to the Schedule of Codebtors

In re    **Barry M. Dodson**                                                                        Case No.    **15-31217**
                                                    Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pay-Less Insurance Agency, LLC**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Direct General Insurance<br>1281 Murfreesboro Pike<br>Nashville, TN 37217 |
| **Pay-Less Insurance Agency, LLC**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Young America Insurance Company<br>C/O Thompson Coe, Rodney Bucker, Esq.<br>700 N. Pearl St., 25th Fl.<br>Dallas, TX 75201 |
| **Pay-Less Insurance Agency, LLC**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Richard James & Associates<br>4317 NE Thurston Way Suite 270<br>Vancouver, WA 98662 |
| **Pay-Less Insurance Agency, LLC**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Zurich North America<br>PO Box 935<br>Portsmouth, NH 03802 |
| **Specialty Insurance Agency**<br>7317 Three Chopt Rd.<br>Richmond, VA 23226 | Softech International<br>PO Box 164922<br>Miami, FL 33116 |

Sheet  **3**  of  **3**   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Barry M. Dodson**  
Debtor(s)

Case No.  **15-31217**  
Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 1, 2015**      Signature  **/s/ Barry M. Dodson**  
**Barry M. Dodson**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.