UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond _____ Division

In re   Barry M. Dodson

Case No.   15-31217

Debtor(s)

Chapter   7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___ Involuntary/Voluntary Petition *[Specify reason for amendment:* _____ *]*

*Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable*: **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on_____.*]**

___ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)

___ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)

___ Schedule A/B - Property

___ Schedule C - The Property You Claim as Exempt

___ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)

X Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)

( *$30.00 fee required* if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)   **Check applicable statement(s):**

    ___ **Creditor(s) added**    ___ **Creditor(s) deleted**

    X **Change in amounts owed or classification of debt**

    ___ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]**

    ___ **Post-petition creditors added (Schedule of Unpaid Debts)**

**REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.

___ Schedule G - Executory Contracts and Unexpired Leases

___ Schedule H – Your Codebtors

___ Schedule I – Your Income

___ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

___ Statement of Financial Affairs

___ Statement of Intention for Individuals Filing Under Chapter 7

___ Chapter 11 List of Equity Security Holders

___ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

___ Attorney's Disclosure of Compensation

___ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:  See Service List Attached
_____.

Date: 2/1/2016 _____

    /s/ Ronald A. Page, Jr. _____
    Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
    State Bar No.:   71343
    Mailing Address: P.O. Box 73524
    Richmond, VA 23235

[amendcs ver. 12/15]      Telephone No.:    (804) 562-8704

## Service List

Roy Terry, Esq.
Sands Anderson
Post Office Box 1998
Richmond, VA 23218-1998

Office of The United States Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219

5 Start Insurance/Verliance
43525 Ridge Park Dr. Suite 300
Temecula, CA 92590

AIM/ Vertafore, Inc.
11724 NE 195th
Bothell, WA 98011

Altus Global Trade Solutions
400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062

Burlington Ins. Co
238 International Dr
Burlington, NC 27125

Capital Insurance Group, Inc.
7317 Three Chopt Rd.
Richmond, VA 23226

Columbia Underwriting Agency
7317 Three Chopt Rd.
Richmond, VA 23226

Comcast
5401 Staples Mill Road
Richmond, VA 23228

Davidson-Babcock / VGM
16011 College Blvd. Suite 203
Lenexa, KS 66219

Davidson-Babcock Inc.
16011 College Blvd., Ste. 203
Lenexa, KS 66219

Direct General Insurance
1281 Murfreesboro Pike
Nashville, TN 37217

First Insurance Funding
450 Skokie Blvd Suite 1000
Northbrook, IL 66062

Ford Agency, Inc.
111 W. Poythress St.
Hopewell, VA 23860

Great American Insurance Co.
49 E. Fourth St
Cincinnati, OH 45202

Guard Insurance Co
16 South River St.
Wilkes-Barre, PA 18703

Imperial PFS
1001 Winstead Dr. Suite 500
Cary, NC 27513

Insurance Agency Services LLC
12580 W. Creek Parkway
2nd Floor
Richmond, VA 23238

Louisiana Dept. of Revenue
PO Box 4549
Baton Rouge, LA 70821

Pay-Less Insurance Agency, LLC
7317 Three Chopt Rd.
Richmond, VA 23226

Penn-America Ins. Co
3 Bala Plaza Suite 300E
Bala Cynwyd, PA 19004

Prime Insurance Co.
8722 South 300 West
Sandy, UT 84070

Prime Rate
2141 Enterprise Dr.
Florence, SC 29502

R-T Insurance Agency
20 Church St. Suite 1500
Hartford, CT 06103

Richard James & Associates
4317 NE Thurston Way Suite 270
Vancouver, WA 98662

Richmond Real Estate Group
7317 Three Chopt Rd.
Richmond, VA 23226

Scottsdale Insurance Co.
8877 N. Gainey Center Dr.
Scottsdale, AZ 85258

Softech International
PO Box 164922
Miami, FL 33116

Specialty Insurance Agency
7317 Three Chopt Rd.
Richmond, VA 23226

Springtree Group, LLC
2340 East Trinity Mills Road
Ste. 300
Carrollton, TX 75006

StarNet/ Berkley Insurance Co
1250 E. Diehl Rd. Suite 200
Naperville, IL 60563

Underground Vaults
PO Box 1723
Hutchinson, KS 67504

Virginia Dept. of Taxation
P.O. Box 1115
Richmond, VA 23218

Virginia Employment Commission
PO Box 1358
Richmond, VA 23218

Walters Kluwer Financial
100 South 5th St. Suite 700
Minneapolis, MN 55402

West Virginia National
C/O David Ruby, Esq.
ThompsonMcMullan
11 S 12th St.
Richmond, VA 23219

Windsor Mount Joy Ins. Co.
21 W. Main St.
Ephrata, PA 17522

Young America Insurance Co.
C/O Thompson Coe
700 N. Pearl St., 25th Fl.
Dallas, TX 75201

Zurich North America
PO Box 935
Portsmouth, NH 03802

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Barry M. Dodson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number    **15-31217**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number _____ | $25,000.00 | $25,000.00 | $0.00 |
| | Priority Creditor's Name | | | | |

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ No

☐ Yes

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Trust Fund Liability for Columbia Underwriting Agency, LLC**

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1  **Barry M. Dodson**    Case number (if known)    **15-31217**

| 4.1 | **5 Start Insurance/Verliance** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name
**43525 Ridge Park Dr. Suite 300**
**Temecula, CA 92590**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business liability, unknown if personal guaranty exists**

---

| 4.2 | **AIM/ Vertafore, Inc.** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name
**11724 NE 195th**
**Bothell, WA 98011**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business liability, unknown if personal guaranty exists**

---

| 4.3 | **Altus Global Trade Solutions** | Last 4 digits of account number | | $1.00 |

Nonpriority Creditor's Name
**400 Veterans Memorial Blvd.**
**Suite 300**
**Kenner, LA 70062**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business liability, unknown if personal guaranty exists**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Barry M. Dodson**                                  Case number (if known)   **15-31217**

| 4.4 | **Barclays Bank Delaware** | Last 4 digits of account number   **3591** | **$14,277.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**125 S West St**
**Wilmington, DE 19801**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **REVOLVING ACCOUNT OPENED 12/2007**

| 4.5 | **BB&T** | Last 4 digits of account number   **5545** | **$928.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1847**
**Wilson, NC 27894**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **REVOLVING ACCOUNT OPENED 8/2008**

| 4.6 | **BB&T** | Last 4 digits of account number   **1722** | **$12,438.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1847**
**Wilson, NC 27894**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **REVOLVING ACCOUNT OPENED 9/2008**

Debtor 1  **Barry M. Dodson**                                    Case number (if know)   **15-31217**

| 4.7 | **BB&T** | Last 4 digits of account number   **8840** | **$16,147.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1489**
**Lumberton, NC 28359**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty of Pay-Less Insurance Agency, LLC**

---

| 4.8 | **BB&T** | Last 4 digits of account number | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O Ballard Spahr**
**4800 Montgomerty Ln. 7th Fl.**
**Bethesda, MD 20814**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty of Specialty Insurance Agency, LLC**

---

| 4.9 | **BB&T** | Last 4 digits of account number   **2960** | **$51,059.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 698**
**Wilson, NC 27894**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty of Specialty Insurance Agency, LLC**

---

Debtor 1  **Barry M. Dodson**

Case number (if know)   **15-31217**

| 4.1<br>0 | **Burlington Ins. Co** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**238 International Dr**
**Burlington, NC 27125**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business liability, unknown if personal guaranty exists**

---

| 4.1<br>1 | **Capital Insurance Group, Inc.** | Last 4 digits of account number _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**7317 Three Chopt Rd.**
**Richmond, VA 23226**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Closed business, unknown if personal liability exists**

---

| 4.1<br>2 | **Capital One** | Last 4 digits of account number   1869 | $1,994.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 85520**
**Richmond, VA 23285**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **REVOLVING ACCOUNT OPENED 4/1997**

---

Debtor 1 **Barry M. Dodson**      Case number (if know) **15-31217**

---

| 4.1 3 | **Capital One** | Last 4 digits of account number **0659** | **$1,693.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 85520**
**Richmond, VA 23285**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **REVOLVING ACCOUNT OPENED 11/2001**

---

| 4.1 4 | **Capital One** | Last 4 digits of account number **8486** | **$1,431.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 85520**
**Richmond, VA 23285**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **REVOLVING ACCOUNT OPENED 5/2000**

---

| 4.1 5 | **Cash Call Inc.** | Last 4 digits of account number **9876** | **$34,998.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1 City Blvd West**
**Orange, CA 92868**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **INSTALLMENT ACCOUNT OPENED 11/2013**

---

Debtor 1  **Barry M. Dodson**                              Case number (if know)  **15-31217**

---

**4.16**

**CFG Agency Funding**                     Last 4 digits of account number _____            **$150,000.00**

Nonpriority Creditor's Name
**PO Box 1544**                            **When was the debt incurred?** _____
**Waitsfield, VT 05673**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ☐ Disputed

■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                                **Personal Guaranty of Pay-Less Insurance**
☐ Yes                                      ■ Other. Specify  **Agency, LLC**

---

**4.17**

**CFG/LTC Global**                         Last 4 digits of account number _____            **$300,000.00**

Nonpriority Creditor's Name
**6201 Presidential Court**                **When was the debt incurred?** _____
**Fort Myers, FL 33919**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only               ☐ Disputed

■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                                **Personal Guaranty of Specialty Insurance**
☐ Yes                                      ■ Other. Specify  **Agency, LLC**

---

**4.18**

**Columbia Underwriting Agency**           Last 4 digits of account number _____            **$1.00**

Nonpriority Creditor's Name
**7317 Three Chopt Rd.**                   **When was the debt incurred?** _____
**Richmond, VA 23226**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                            ■ Contingent

☐ Debtor 2 only                            ■ Unliquidated

☐ Debtor 1 and Debtor 2 only               ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                                **Closed business, unknown if personal**
☐ Yes                                      ■ Other. Specify  **guaranty exists**

---

Debtor 1  **Barry M. Dodson**

Case number (if know)  **15-31217**

---

| 4.19 | | | |
|---|---|---|---|
| **Comcast** | **Last 4 digits of account number** | | **$1.00** |

Nonpriority Creditor's Name
**5401 Staples Mill Road**
**Richmond, VA 23228**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Business liability, unknown if personal guaranty exists**

---

| 4.20 | | | |
|---|---|---|---|
| **Davidson-Babcock / VGM** | **Last 4 digits of account number** | | **$1.00** |

Nonpriority Creditor's Name
**16011 College Blvd. Suite 203**
**Lenexa, KS 66219**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Business liability, unknown if personal guaranty exists**

---

| 4.21 | | | |
|---|---|---|---|
| **Davidson-Babcock Inc.** | **Last 4 digits of account number** | | **$1.00** |

Nonpriority Creditor's Name
**16011 College Blvd., Ste. 203**
**Lenexa, KS 66219**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Sold business, unknown if personal liability exists**

---

Debtor 1   **Barry M. Dodson**                                    Case number (if known)    **15-31217**

---

| 4.2 2 | | | |
|---|---|---|---|

| **Direct General Insurance** | Last 4 digits of account number | _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1281 Murfreesboro Pike**
**Nashville, TN 37217**                       When was the debt incurred?       _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                       ■ Contingent

☐ Debtor 2 only                                       ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**          ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify   **Business liability, unknown if personal**
                                                                          **guaranty exists**

---

| 4.2 3 | | | |
|---|---|---|---|

| **First Insurance Funding** | Last 4 digits of account number | _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**450 Skokie Blvd Suite 1000**
**Northbrook, IL 66062**                       When was the debt incurred?       _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                       ■ Contingent

☐ Debtor 2 only                                       ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**          ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify   **Business liability, unknown if personal**
                                                                          **guaranty exists**

---

| 4.2 4 | | | |
|---|---|---|---|

| **Ford Agency, Inc.** | Last 4 digits of account number | _____ | **$1.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**111 W. Poythress St.**
**Hopewell, VA 23860**                         When was the debt incurred?       _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                       ■ Contingent

☐ Debtor 2 only                                       ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**          ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify   **Business liability, unknown if personal**
                                                                          **guaranty exists**

---

Debtor 1   **Barry M. Dodson**    Case number (if know)   **15-31217**

---

**4.2
5**    **Great American Insurance Co.**    **Last 4 digits of account number** _____    **$1.00**

Nonpriority Creditor's Name

**49 E. Fourth St**    **When was the debt incurred?** _____

**Cincinnati, OH 45202**

Number Street City State Zip Code    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only    ■ Contingent

☐ Debtor 2 only    ■ Unliquidated

☐ Debtor 1 and Debtor 2 only    ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans

**debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not

**Is the claim subject to offset?**    report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Business liability, unknown if personal guaranty exists**

---

**4.2
6**    **Guard Insurance Co**    **Last 4 digits of account number** _____    **$1.00**

Nonpriority Creditor's Name

**16 South River St.**    **When was the debt incurred?** _____

**Wilkes-Barre, PA 18703**

Number Street City State Zip Code    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only    ■ Contingent

☐ Debtor 2 only    ■ Unliquidated

☐ Debtor 1 and Debtor 2 only    ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans

**debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not

**Is the claim subject to offset?**    report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Business liability, unknown if personal guaranty exists**

---

**4.2
7**    **Imperial PFS**    **Last 4 digits of account number** _____    **$1.00**

Nonpriority Creditor's Name

**1001 Winstead Dr. Suite 500**    **When was the debt incurred?** _____

**Cary, NC 27513**

Number Street City State Zip Code    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only    ■ Contingent

☐ Debtor 2 only    ■ Unliquidated

☐ Debtor 1 and Debtor 2 only    ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ☐ Student loans

**debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not

**Is the claim subject to offset?**    report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Business liability, unknown if personal guaranty exists**

---

Debtor 1 **Barry M. Dodson**                                    Case number (if know)    **15-31217**

---

| 4.2 8 | **Insurance Agency Services LLC** | **Last 4 digits of account number** _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**12580 W. Creek Parkway**
**2nd Floor**
**Richmond, VA 23238**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business liability, unknown if personal guaranty exists**

---

| 4.2 9 | **Louisiana Dept. of Revenue** | **Last 4 digits of account number** _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 4549**
**Baton Rouge, LA 70821**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business liability, unknown if personal guaranty exists**

---

| 4.3 0 | **Moorman Law** | **Last 4 digits of account number** _____ | $20,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1700 Bayberry Ct., Suite 103-A**
**Richmond, VA 23226**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Personal Guaranty of Specialty Insurance Agency, LLC**

---

Debtor 1  **Barry M. Dodson**                                    Case number (if know)  **15-31217**

---

| 4.3 1 | | |
|---|---|---|

**NGM Insurance**                          Last 4 digits of account number _____         **$1,200,000.00**
Nonpriority Creditor's Name
**C/O Friedman & Feiger**                   **When was the debt incurred?** _____
**5301 Spring Valley Rd., Suite 200**
**Dallas, TX 75254**
Number Street City State Zip Code
Who incurred the debt? Check one.             **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
■ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?               report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                         ■ Other. Specify  **Personal Guaranty of Specialty Insurance Agency, LLC**

---

| 4.3 2 | | |
|---|---|---|

**Pay-Less Insurance Agency, LLC**          Last 4 digits of account number _____              **$1.00**
Nonpriority Creditor's Name
**7317 Three Chopt Rd.**                     **When was the debt incurred?** _____
**Richmond, VA 23226**
Number Street City State Zip Code
Who incurred the debt? Check one.             **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                               ■ Contingent
☐ Debtor 2 only                               ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ■ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?               report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                         ■ Other. Specify  **Sold business, unknown if personal guaranty exists**

---

| 4.3 3 | | |
|---|---|---|

**Penn-America Ins. Co**                     Last 4 digits of account number _____              **$1.00**
Nonpriority Creditor's Name
**3 Bala Plaza Suite 300E**                  **When was the debt incurred?** _____
**Bala Cynwyd, PA 19004**
Number Street City State Zip Code
Who incurred the debt? Check one.             **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                               ■ Contingent
☐ Debtor 2 only                               ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ■ Disputed
■ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?               report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                         ■ Other. Specify  **Business liability, unknown if personal guaranty exists**

---

Debtor 1  **Barry M. Dodson**                                              Case number (if know)  **15-31217**

---

| 4.3 4 | | | |
|---|---|---|---|

**Prime Insurance Co.**                          Last 4 digits of account number _____                          **$1.00**
Nonpriority Creditor's Name
**8722 South 300 West**                          When was the debt incurred? _____
**Sandy, UT 84070**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community        ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                 **Business liability, unknown if personal**
☐ Yes                                            ■ Other. Specify  **guaranty exists**

---

| 4.3 5 | | | |
|---|---|---|---|

**Prime Rate**                                   Last 4 digits of account number _____                          **$1.00**
Nonpriority Creditor's Name
**2141 Enterprise Dr.**                           When was the debt incurred? _____
**Florence, SC 29502**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community        ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                 **Business liability, unknown if personal**
☐ Yes                                            ■ Other. Specify  **guaranty exists**

---

| 4.3 6 | | | |
|---|---|---|---|

**Quickbridge Lending**                          Last 4 digits of account number  **4101**                          **$35,000.00**
Nonpriority Creditor's Name
**333 City Blvd Suite  1910**                     When was the debt incurred? _____
**Orange, CA 92868**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
■ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community        ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                 **Personal Guaranty of Debt of Columbia**
☐ Yes                                            ■ Other. Specify  **Underwriting Agency, LLC**

---

Debtor 1  **Barry M. Dodson**                                    Case number (if know)    **15-31217**

| 4.3 7 | | | |
|---|---|---|---|

| **R-T Insurance Agency** | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name
**20 Church St. Suite 1500**
**Hartford, CT 06103**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business liability, unknown if personal guaranty exists**

---

| 4.3 8 | | | |
|---|---|---|---|

| **Richard James & Associates** | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name
**4317 NE Thurston Way Suite 270**
**Vancouver, WA 98662**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business liability, unknown if personal guaranty exists**

---

| 4.3 9 | | | |
|---|---|---|---|

| **Richmond Real Estate Group** | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name
**7317 Three Chopt Rd.**
**Richmond, VA 23226**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Transferred business, unknown if personal liability exists**

---

Debtor 1 **Barry M. Dodson**    Case number (if know) **15-31217**

---

| 4.4 0 | **Scottsdale Insurance Co.** | Last 4 digits of account number | | $1.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**8877 N. Gainey Center Dr.**
**Scottsdale, AZ 85258**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business liability, unknown if personal guaranty exists**

---

| 4.4 1 | **Softech International** | Last 4 digits of account number | | $1.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 164922**
**Miami, FL 33116**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business liability, unknown if personal guaranty exists**

---

| 4.4 2 | **Specialty Insurance Agency** | Last 4 digits of account number | | $1.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7317 Three Chopt Rd.**
**Richmond, VA 23226**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Closed business, unknown if personal liability exists**

---

Debtor 1  **Barry M. Dodson**                                    Case number (if know)  **15-31217**

---

| 4.4 3 | **Springtree Group, LLC** | **Last 4 digits of account number** _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2340 East Trinity Mills Road
Ste. 300
Carrollton, TX 75006**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business liability, unknown if personal guaranty exists** _____

---

| 4.4 4 | **StarNet/ Berkley Insurance Co** | **Last 4 digits of account number** _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1250 E. Diehl Rd. Suite 200
Naperville, IL 60563**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business liability, unknown if personal guaranty exists** _____

---

| 4.4 5 | **Underground Vaults** | **Last 4 digits of account number** _____ | $1.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1723
Hutchinson, KS 67504**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business liability, unknown if personal guaranty exists** _____

---

Debtor 1  **Barry M. Dodson**                                      Case number (if know)  **15-31217**

---

| 4.4 6 | | | |
|---|---|---|---|

**Virginia Dept. of Taxation**                Last 4 digits of account number _____        $1.00
Nonpriority Creditor's Name
**P.O. Box 1115**                             When was the debt incurred? _____
**Richmond, VA 23218**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             **Business liability, unknown if personal**
☐ Yes                                        ■ Other. Specify  **guaranty exists**

---

| 4.4 7 | | | |
|---|---|---|---|

**Virginia Employment Commission**           Last 4 digits of account number _____        $1.00
Nonpriority Creditor's Name
**PO Box 1358**                              When was the debt incurred? _____
**Richmond, VA 23218**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             **Business liability, unknown if personal**
☐ Yes                                        ■ Other. Specify  **guaranty exists**

---

| 4.4 8 | | | |
|---|---|---|---|

**Walters Kluwer Financial**                 Last 4 digits of account number _____        $1.00
Nonpriority Creditor's Name
**100 South 5th St.  Suite 700**             When was the debt incurred? _____
**Minneapolis, MN 55402**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             **Business liability, unknown if personal**
☐ Yes                                        ■ Other. Specify  **guaranty exists**

---

Debtor 1   **Barry M. Dodson**                                Case number (if known)   **15-31217**

---

| **4.49** | | | |
|---|---|---|---|

**Wells Fargo**

Nonpriority Creditor's Name
**PO Box 29482**
**Phoenix, AZ 85072**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **8880**          **$26,627.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty of Capital Insurance Group, Inc.**

---

| **4.50** | | | |
|---|---|---|---|

**Wells Fargo Bank**

Nonpriority Creditor's Name
**Credit Bureau Disp**
**Des Moines, IA 50306**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **2447**          **$11,168.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **REVOLVING ACCOUNT OPENED 1/2007**

---

| **4.51** | | | |
|---|---|---|---|

**West Virginia National**

Nonpriority Creditor's Name
**C/O Kalbaugh Pfund**
**901 Moorefield Park Dr., St. 200**
**Richmond, VA 23236**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   _____          **$1.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business liability, unknown if personal guaranty exists**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 18 of 20

Debtor 1  **Barry M. Dodson**                                    Case number (if know)   **15-31217**

---

| 4,5 2 | **Windsor Mount Joy Ins. Co.** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**21 W. Main St.**
**Ephrata, PA 17522**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business liability, unknown if personal guaranty exists**

---

| 4,5 3 | **Young America Insurance Co.** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**C/O Thompson Coe**
**700 N. Pearl St., 25th Fl.**
**Dallas, TX 75201**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business liability, unknown if personal guaranty exists**

---

| 4,5 4 | **Zurich North America** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**PO Box 935**
**Portsmouth, NH 03802**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business liability, unknown if personal guaranty exists**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

Debtor 1 **Barry M. Dodson**                               Case number (if known)    **15-31217**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Financial Network Recovery, Inc.**<br>PO Box 940730<br>**Simi Valley, CA 93094** | Line **4.27** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>  ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Malmgren & Associates**<br>221 Dorset Ave.<br>**Virginia Beach, VA 23462** | Line **4.17** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>  ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **NGM Insurance**<br>5101 Cox Rd # 100<br>**Glen Allen, VA 23060** | Line **4.31** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>  ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

---

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  |  | **Total Claim** |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 25,000.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 25,000.00 |

|  |  |  |  |  | **Total Claim** |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,927,797.00 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,927,797.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Barry M. Dodson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number    **15-31217**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ **Barry M. Dodson** _____    X _____
   **Barry M. Dodson**                             Signature of Debtor 2
   Signature of Debtor 1

   Date **February 1, 2016** _____    Date _____

---